**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

JACOBY LEE FELIX,
                    *Petitioner-Appellant,*

v.

DENEICE A. MAYLE, Warden,
                    *Respondent-Appellee.*

No. 02-16614

D.C. No.
CV-98-00828-WBS

ORDER

Filed August 18, 2005

Before: William C. Canby, Jr., William A. Fletcher, and
Richard C. Tallman, Circuit Judges.

## ORDER

The original decision entered by this court in this matter, reported at 379 F.3d 612, was reversed by the Supreme Court of the United States. *See Mayle v. Felix*, 125 S. Ct. 2562 (2005). In accordance with the mandate of the Supreme Court, the judgment of the district court entered on July 1, 2002, is in all respects

**AFFIRMED.**

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2005 Thomson/West.